```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         8:05CR280
       v.                      )
                               )
KEVIN J. RASMUSSEN,            )
                               )            ORDER
            Defendant.         )
                               )
```

    IT IS ORDERED:

    Trial of this case has been set for May 8, 2006 before the Honorable Richard G. Kopf. The record should reflect that this trial is set as a backup to Commodity v. DeLay, 7:05cv5026, which is a ten-day trial beginning on May 1, 2006.

    DATED this 3rd day of March, 2006.

                                         BY THE COURT:

                                         s/ *David L. Piester*
                                       David L. Piester
                                       United States Magistrate Judge