IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>KEVIN J. RASMUSSEN,  )<br>  )<br>          Defendant.  )<br>  ) | 8:05CR280<br><br>ORDER |

IT IS ORDERED:

Defendant's amended motion to continue, filing 16, is granted, and trial of this matter is continued to 9:00 a.m., July 31, 2006 for a duration of five trial days, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 8th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge