IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR280 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KEVIN J. RASMUSSEN, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held.  With the consent of the defendant,

IT IS ORDERED that:

(1)     The government's motion to continue trial (filing 19) is granted;

(2)     Trial of this case as to Defendant Rasmussen is continued to 9:00 a.m., Monday, August 21, 2006, before the undersigned United States district judge, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)     The time between June 29, 2006 and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

July 5, 2006.                                    BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge