IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>                         Plaintiff,       )<br>                                                           )<br>            v.                                         )<br>                                                           )<br>KEVIN J. RASMUSSEN,                   )<br>                                                           )<br>                         Defendant.    )<br>                                                           ) | 8:05CR280<br><br>ORDER |

   The record shows that defendant has retained new counsel.

   IT THEREFORE HEREBY IS ORDERED:

   The motion of Joel G. Lonowski to withdraw as counsel for defendant, filing 23, is granted.

   DATED this 2nd day of August, 2006.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge