IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR280 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN J. RASMUSSEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend self surrender date (filing 58) is denied.

March 29, 2007.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge