IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEVIN J. RASMUSSEN,<br><br>           Defendant. | 8:05CR280<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 71), is granted.

2) The initial appearance on supervised release violation will be held before the undersigned magistrate judge on November 18, 2014 at 3:15 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

October 15, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge